# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

144335

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WOLVERINE ENGINEERS AND
SURVEYORS, INC.,
            Plaintiff-Appellant,

v

CITY OF LESLIE,
            Defendant-Appellee.

SC: 144335
COA: 299988
Ingham CC: 10-000179-CK

_____/

        On order of the Court, the application for leave to appeal the November 17, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

_____
Clerk

t0416